**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TONY A. WILSON,

            Plaintiff,

vs.                               Case No.   3:02-cv-357-J-32MMH

DEPARTMENT OF CHILDREN AND
FAMILIES, et al.,

            Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on the following motions:

1. Plaintiff's Emergency Motion to Compel Defendants to Appear at the Deposition That They Scheduled for April 8, 2005 @ 9:00 A.M. (Doc. No. 264; Plaintiff's Emergency Motion to Compel) filed on April 8, 2005;

2. Defendants' <u>Emergency</u> Motion to Compel Discovery, and Extend Discovery and Dispositive Motion Deadlines (Doc. Nos. 266, 267; Defendants' Emergency Motion to Compel and Extend Deadlines) filed on April 8, 2005;

3. Mr. Wilson's Motion to Compel the Production of Documents from the Defendants by April 15, 2005 (Doc. No. 271; Motion to Compel Production of Documents) filed on April 12, 2005; and

4. Mr. Wilson's Motion for Permission to Exceed the Twenty (20) Page Limitation for His Motion for Summary Judgment (Doc. No. 273; Motion to Exceed Page Limit) filed on April 13, 2005.

Upon review of Plaintiff's Emergency Motion to Compel and Defendants' Emergency Motion to Compel and Extend Deadlines, this Court scheduled a hearing for April 13, 2005 at 3:30 p.m. See Notice of Hearing (Doc. No. 269). Prior to the hearing, Plaintiff filed his Motion to Compel Production of Documents and his Motion to Exceed Page Limit and Defendants filed Defendants' Response in Opposition to Plaintiff's Emergency Motion to Compel Defendants to Appear at the Deposition That They Scheduled for April 8, 2005 @ [sic] 9:00 A.M. (Doc. No. 268; Defendants' Opposition). At the hearing, the Court addressed all pending motions as well as Defendants' Opposition. For the reasons stated on the record at the hearing, it is

**ORDERED**:

1. Plaintiff's Emergency Motion to Compel Defendants to Appear at the Deposition That They Scheduled for April 8, 2005 @ 9:00 A.M. (Doc. No. 264) is **DENIED as MOOT**.

2. Defendants' Emergency Motion to Compel Discovery (Doc. No. 266) is **GRANTED, in part, DENIED, in part**, and **WITHDRAWN, in part**.

a.) The motion is **GRANTED** to the extent that Plaintiff is directed to supplement his response to Interrogatory No. 11 to provide the job titles of the individuals identified in his previous response (if known), the dates of the more favorable treatment described in paragraphs 4 and 6 of his previous response (if known), and what he believes the motivation to be for the more favorable treatment allegedly received by others.

b.) Based upon Plaintiff's agreement, the motion is **GRANTED** to the extent that Plaintiff shall supplement his response to Interrogatory No. 12.

c.) The motion is **WITHDRAWN** to the extent it seeks to compel better responses to Defendants' Request for Production of Documents.

d.) The motion is **DENIED** to the extent it seeks sanctions against Plaintiff.

3. Defendants' <u>Emergency</u> Motion to Extend Discovery and Dispositve Motion Deadlines (Doc. No 267) is **GRANTED, in part,** and **DENIED, in part**.

a.) The motion is **GRANTED** to the extent it seeks to extend the discovery and dispositive motion deadlines. However, discovery is extended only for the purpose of completing the deposition of Plaintiff and obtaining follow up discovery resulting from that deposition. The parties shall adhere to the following deadlines with respect to completing discovery and submitting dispositive motions:

1. Plaintiff's deposition shall take place on **Monday, April 25, 2005** at **9:00 a.m.** at **Anderson Reporting**. The deposition may only be cancelled upon prior order of the Court.

2. Defendants shall have until **April 29, 2005** to serve follow up discovery. Plaintiff shall respond to this discovery on or before **May 16, 2005**. Should Plaintiff wish to pursue additional discovery, he may file a motion with the Court by **April 20, 2005**. If such a motion is filed, Defendants shall respond by **April 29, 2005**.

3. The parties may not submit dispositive motions until after the close of discovery which is now **May 16, 2005**.

4. All dispositive motions must be filed on or before **June 14, 2005**.

b.) Otherwise, the motion is **DENIED**.

Case 3:02-cv-00357-TJC-TEM   Document 277   Filed 04/18/05   Page 4 of 5 PageID 2516

4. Mr. Wilson's Motion to Compel the Production of Documents from the Defendants by April 15, 2005 (Doc. No. 271) is **DENIED without prejudice**.

a.) The parties are directed to confer at the conclusion of the hearing regarding the relief requested in this motion. If they are unable to agree, Plaintiff shall refile a motion seeking this relief on or before **April 20, 2005**. Plaintiff shall review and comply with Local Rule 3.04, United States District Court, Middle District of Florida (Local Rule(s)), prior to refiling his motion.

b.) If such a motion is filed, Defendants shall respond on or before **April 29, 2005**. If Defendants object to the production of specific documents based upon the attorney-client privilege or work product doctrine, they must include a privilege log with their response.

5. Mr. Wilson's Motion for Permission to Exceed the Twenty (20) Page Limitation for His Motion for Summary Judgment (Doc. No. 273) is **GRANTED** to the extent that both parties are permitted to file a combined motion for summary judgment and memorandum of law that exceeds the twenty (20) page limit by fifteen (15) pages. Thus, the combined motion and memorandum shall be no more than thirty-five (35) pages in length.

**DONE AND ORDERED** at Jacksonville, Florida on April 18, 2005.

**MARCIA MORALES HOWARD**
United States Magistrate Judge

Copies to:

Counsel of Record
Pro Se Parties